UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALLSTATE INDEMNITY COMPANY,

                        Plaintiff,                  **SCHEDULING ORDER**

       -against-                                25 Civ. 112 (CS)(JCM)

BROAN-NUTONE, LLC, *et al.*,

                        Defendants.
-------------------------------------------------------------X

The Court has scheduled a Status Conference for August 11, 2025 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421 to discuss the issues raised in Docket No. 14. Defendants are directed to respond to Plaintiff's letter, (Docket No. 14), by August 6, 2025.

Dated: August 4, 2025
         White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge