UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALLSTATE INDEMNITY COMPANY,

                                        Plaintiff,

            -against-

BROAN-NUTONE, LLC, *et al.*,

                                        Defendants.

------------------------------------------------------------------X

**ORDER**

25 Civ. 112 (CS)(JCM)

On March 16, 2026, the parties informed the Court, via e-mail, that they are continuing to engage in settlement discussions, and requested that the deadlines for service of Plaintiff's and Defendants' expert reports be extended to April 23, 2026 and May 26, 2026, respectively. This request is granted. In addition, the parties are directed to provide a further update regarding the status of settlement by March 24, 2026.

Dated:  March 17, 2026
White Plains, New York

                                        **SO ORDERED:**

                                        _____
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge